UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCO ANTONIO CORRALES-PATINO,

    Plaintiff,

– *against* –

PROCIDA CONSTRUCTION CORP., DRAPER FAMILY HOUSING DEVELOPMENT FUND CORPORATION, THE GILBERT ON FIRST LLC, GILBERT MIDDLE CONDO LLC, and ALVIN H. BUTZ, INC.,

    Defendants and Third-Party Plaintiffs,

– *against* –

SPRING SCAFFOLDING LLC.,

    Third-Party Defendant.

**ORDER**
19 Civ. 5579 (ER)

Ramos, D.J.:

The Court held a Pre-Motion Conference on August 24, 2022. At the Conference, the Court provided the parties with a briefing schedule for Defendants and Third-Party Plaintiffs to make their motion to vacate. *See* Doc. 143.

The motion was not made within the schedule provided by the Court. Accordingly, the parties are directed to submit a joint status letter by October 22, 2022, and to propose next steps.

It is SO ORDERED.

Dated:  October 18, 2022
          New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.